UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD ROBERT JOHNSON,

Plaintiff,

v.

DAVID CRIST, Warden, and
DR. CHRISTOPHER CEMAN,

Defendants.

Civil No. 00-309 (ADM/JMM)

**ORDER**

Plaintiff, a prisoner at the Minnesota Correctional Facility, Stillwater, Minnesota, ("MCF-STW"), commenced this action by filing a Complaint in this District on February 9, 2000. He is attempting to sue a prison physician and the Warden at MCF-STW for allegedly violating his rights under the Eighth Amendment to the U.S. Constitution. The matter is now before the Court on Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), by which Plaintiff seeks leave to proceed in this matter in forma pauperis ("IFP").

Plaintiff's IFP application will be GRANTED, which means that he will be excused from pre-paying the full filing fee for this action. However, Plaintiff will be required to pay the unpaid balance of the filing fee in installments pursuant to 28 U.S.C. § 1915(b)(2).[1] See Ashley v. Dilworth, 147 F.3d 715, 716 (8th Cir. 1998) ("the purpose of the [Prison Litigation Reform Act] was to require all prisoner-litigants to pay filing fees in

[1] On February 16, 2000, the Court received an initial partial filing fee in the amount of $35.00, which leaves a balance of $115 that Plaintiff will have to pay in subsequent installments.

FILED FEB 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D ________
DEPUTY CLERK ________

full, with the only issue being whether the inmate pays the entire filing fee at the initiation of the proceeding or in installments over a period of time"). The Clerk of Court shall provide notice of this requirement to the prison authorities at MCF-STW.

Because IFP status has been granted, Plaintiff is entitled to have the Defendants served by the U.S. Marshal. (See 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2).) A summons shall therefore be issued and the U.S. Marshal will be directed to effect service of process on the two named Defendants.

The Court will presently defer any ruling on the adequacy of Plaintiff's pleading. (See 28 U.S.C. § 1915A.) Those Defendants upon whom service of process is effected will be required to file an answer or other responsive pleading, notwithstanding the provisions of 42 U.S.C. § 1997e(g). A copy of this Order shall be served with the summons and Complaint, so that Defendants will be apprised of their obligation to file a responsive pleading.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is GRANTED;

2. Plaintiff shall pay the unpaid balance of the filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to prison authorities at the institution where Plaintiff is confined;

3. The Clerk of Court shall issue a summons, and the U.S. Marshal shall effect service of process on the named Defendants;

4. A copy of this Order shall be served with the summons and Complaint; and

5. Those Defendants on whom service of process is effected shall be required to file a response to the Complaint.

Dated: February 18, 2000

JOHN M. MASON
United States Magistrate Judge