UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD ROBERT JOHNSON,

Plaintiff,

v.

DAVID CRIST, Warden, and
CHRISTOPHER CEMAN, Dr.,

Defendants.

CIVIL NO. 00-309 (ADM/JMM)

ORDER

The Summons and Complaint in this matter were served upon Defendants on March 8, 2000 [Docket No. 17]. On March 21, 2000, Plaintiff filed a Request for Discovery Pursuant to Rule 26 of the Federal Rules of Civil Procedure [Docket No. 16]. Plaintiff is requesting that Defendants produce information such as the names of personnel who have worked at various prison institutions; hospital "reports and recommendations;" records related to his treatment; x-rays; and test results. Plaintiff requests that this discovery be provided "free of charge."

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED as follows: No later than May 19, 2000, Defendants shall serve upon Plaintiff and file with the Court a Memorandum which sets forth their position as to each of Plaintiff's discovery requests.

Dated: April 25, 2000

JOHN M. MASON
United States Magistrate Judge

APR 25 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK