UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD ROBERT JOHNSON,

Plaintiff,

v.

DAVID CRIST, Warden, and
Dr. CHRISTOPHER CEMAN,

Defendants.

CIVIL NO. 00-309 (ADM/JMM)

ORDER

Plaintiff commenced this action against Defendants on February 9, 2000. This matter is before the Court on Plaintiff's Request for Discovery [Docket No. 16]; his Request for Additional Discovery [Docket No. 45]; and Defendants' Motion for Protective Order [Docket No. 47].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Defendant's Motion for Protective Order [Docket No. 47] is granted. All discovery in this matter is stayed until July 21, 2000. If by said date any Defendant has made a Motion to Dismiss or for Summary Judgment, discovery shall be further stayed as to that defendant until the District Court resolves said Motion.

2. Plaintiff's Request for Discovery [Docket No. 16] and for Additional Discovery [Docket No. 45] are denied without prejudice. After the Stay expires a Motion to Compel may be filed as to any discovery response which is thought to be deficient. The provisions of Rule 37(a)(4) shall apply to any such Motion, providing for sanctions against the party which does not prevail concerning the Motion.

Dated: June 8, 2000

JOHN M. MASON
United States Magistrate Judge

FILED JUN 08 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

MEMORANDUM

The Motion seeking the Stay states that "Defendant Crist intends, in the near future, to move this Court for summary judgment in his favor, based in part on his privilege of qualified immunity." Defendant Crist has already provided responses to some of the discovery. We have concluded that further responses should not be required at this time, and that a stay of discovery should be ordered, to permit Defendants to submit motions to determine whether the litigation may be maintained. Siegert v. Gilley, 500 U.S. 226, 232 (1991); Fitzgerald v. Patrick, 927 F.2d 1037 (8th Cir.1991).

Defendant Crist is the prison warden. Defendant Ceman is a doctor, and has not made known its view as to these issues. The Stay of discovery is based upon the assumed plan for the prompt submission of dispositive Motions by both defendants. We have provided that the discovery stay will expire after July 21, 2000, if the Motions are not filed by that date. ("This time and expense [of discovery] could have been avoided if the attorney general would have filed its motion for summary judgment within a reasonable time after its answer. The purpose in moving for summary judgment, under the privilege of qualified immunity, is to avoid having government officers subjected to the expense and delay of discovery." Fitzgerald, 927 F.2d 1039.)

J.M.M.