UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard Robert Johnson,

Plaintiff,

v.

**MEMORANDUM OPINION AND ORDER**
Civil No. 00-309 ADM/JMM

David Crist, Warden, and
Dr. Christopher Ceman,

Defendant.

---

## I. INTRODUCTION

This matter is before the Court on Plaintiff's Objections to the April 25, 2000 Report and Recommendation ("R&R") of Magistrate Judge John M. Mason. In a well-reasoned and thorough R&R, Judge Mason recommended denial of Plaintiff's (1) motion for a temporary restraining order, (2) "Affidavits for an Order of Default," and (3) motion to strike Defendant Crist's answer. He further recommended that Defendants' motions for leave to file an untimely answer be granted. For the reasons set forth below, the R&R is adopted in its entirety.

## II. BACKGROUND

The factual background for this matter is fully set forth in the R&R and is incorporated by reference for the purposes of Plaintiff's present objections.

## III. DISCUSSION

A district court must make an independent, *de novo* evaluation of those portions of an R&R to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendation made by the magistrate judge. See 28 U.S.C. § 636(b)(1)(C) and

FILED JUN 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Local Rule 72.1(c)(2).

Plaintiff objects to Judge Mason's conclusions in the R&R and argues that Defendant David Crist has not shown just cause for filing his untimely answer. See Pl.'s Obj. ¶ 3. He further argues that he is entitled to a default judgment against both Defendants because they failed to submit timely answers. See id. ¶ 8. Plaintiff makes no specific objection to the recommendation that his motion for a temporary restraining order be denied. After a *de novo* review of the factual record and the law, this Court fully agrees with Judge Mason's analysis and adopts the R&R in its entirety. Since Judge Mason's analysis is correct and complete, further discussion is unwarranted.

## IV. CONCLUSION

Based upon the foregoing, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for a temporary restraining order [Doc. No. 12] is **DENIED**;
2. Plaintiff's "Affidavits for an Order of Default," [Doc. Nos. 21 and 25] to the extent they are a request for entry of a default judgment against Defendants, are **DENIED**;
3. Plaintiff's motion to strike the answer of Defendant Crist [Doc. No. 24] is **DENIED**; and
4. Defendants' motions for leave to file an untimely answer [Doc. Nos. 31 and 34] are **GRANTED**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: June 15, 2000