UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD ROBERT JOHNSON, CIVIL NO. 00-309 (ADM/JMM)

Plaintiff,

v. ORDER

DAVID CRIST, Warden, and
DR. CHRISTOPHER CEMAN,

Defendants.

On June 23, 2000, Defendants filed a Motion for Summary Judgment. [Docket No. 54]. This Order establishes a process by which Plaintiff shall submit a Response to the Motion, and by which Defendant may submit a Reply Memorandum.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED that:

1. No later than July 24, 2000, Plaintiff shall serve upon Defendants, and file with the Clerk of Court, a Response to Defendants' Motion for Summary Judgment.

2. No later than August 7, 2000, Defendants may serve upon Plaintiff, and file with the Clerk, of Court a Reply Memorandum.

3. The Motion for Summary Judgment [Docket No. 54] shall be taken under advisement as of August 7, 2000. The parties shall thereafter await the further Order of this Court.

Dated: June 26, 2000

JOHN M. MASON
United States Magistrate Judge

FILED JUN 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______