IN UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard Robert Johnson,

Plaintiff,

vs.

David Crist, Warden, and
Dr. Christopher Ceman,

Defendants.

CIVIL NO. 00-309 (ADM/JMM)

**ORDER**

Plaintiff has moved **without** oral argument for an Order that the Court's Pretrial/Scheduling Order be modified as follows:

IT IS HEREBY ORDERED:

1. The deadline for dispositive-motion is December 1, 2000;

2. The trial of this matter shall commence February, 2000.

The Court's Pretrial/Scheduling Order dated April 18, 2000 shall remain in effect in all other respects.

BY THE COURT:

DATED: August 31, 2000

JUDGE OF THE U.S. DISTRICT COURT

FILED SEP 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________