UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD ROBERT JOHNSON, CIVIL NO. 00-309 (ADM/JMM)

Plaintiff,

v. AMENDED ORDER

DAVID CRIST and
DR. CHRISTOPHER CEMAN,

Defendants.

On August 31, 2000, the Court entered an Order in the above matter granting Defendant Ceman's Motion to Modify Pretrial/Scheduling Order. The proposed order submitted by Defendant Ceman and signed by the Court contained typographical errors.

Accordingly, the Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED

1. The deadline for dispositive motions is December 1, 2000.

2. The trial of this matter shall commence February 1, 2001.

3. The Court's Scheduling Order dated April 18, 2000 [Docket No. 27] shall remain in effect in all other respects.

Dated: September 6, 2000

JOHN M. MASON
United States Magistrate Judge

FILED SEP 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK