**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**RICHARD ROBERT JOHNSON,**

**Plaintiff,**

**v.**

**DAVID CRIST, Warden, and**
**DR. CHRISTOPHER CEMAN,**

**Defendants.**

---

**Civil File No. 00-309 (ADM/SRN)**

**SECOND AMENDED ORDER**

Defendant, Dr. Christopher Ceman, has moved for an Order that the Court's Pretrial/Scheduling Order be modified.

Accordingly, the Court, being duly advised in the premises, upon all the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The deadline for dispositive motions is March 15, 2001.

2. The trial of this matter shall commence May 1, 2001.

3. The Court's Scheduling Order dated April 18, 2000 [Docket No. 27] shall remain in effect in all other respects.

Dated: January 17, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

JAN 17 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK