**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Richard Robert Johnson,**

**Plaintiff,**

**v.**

**David Crist, Warden, and**
**Dr. Christopher Ceman,**

**Defendants.**

**Civil No. 00-309 (ADM/SRN)**

**ORDER**

---

Richard Robert Johnson, Pro Se

Matthew J. Hanzel, Esq., and Geraghty O'Loughlin & Kenny on behalf of Defendant Dr. Christopher Ceman.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned Magistrate Judge of District Court on February 20, 2001, on the motion of Pro Se Plaintiff Richard Robert Johnson for Reconsideration of Plaintiff's Motion For An Order Of Joinder, Of Persons Needed For Just Adjudication (Docket No. 91). No response was filed by the Defendants.

On February 25, 2000, Pro Se Plaintiff Richard Robert Johnson brought a Motion For An Order of Joinder, Of Persons Needed For Just Adjudication seeking to add as a Defendant in this case, Mr. Darin Haugland, a physical therapist contracted through Correctional Medical Services. Although unclear, the motion appears to suggest that Mr. Haugland's physical therapy treatment was designed to delay Mr. Johnson's care by an orthopedic specialist. However, the motion provides no further explanation of any

FILED JUN 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

potential cause of action against Mr. Haugland. On March 1, 2000, the Honorable John M. Mason denied the motion without prejudice.

On February 20, 2001, Pro Se Plaintiff Richard Robert Johnson renewed his motion for joinder. However, the motion fails to provide any argument to the Court in support of reconsideration of Judge Mason's Order.

Accordingly, based on upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion For Reconsideration of Plaintiff's Motion For An Order Of Joinder, Of Persons Needed For Just Adjudication (Docket No. 91) is **DENIED** without prejudice.

DATED: June 21, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge