**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Richard Robert Johnson,

Plaintiff,

v.

David Crist, Warden, and
Dr. Christopher Ceman,

Defendants.

Civil No. 00-309 (ADM/SRN)

**ORDER**

By order dated June 29, 2001, the Eighth Circuit Court of Appeals remanded this matter to the district court for the limited purposes of (a) determining whether Plaintiff should be granted leave to proceed in forma pauperis on appeal, and (b) calculating and collecting appellate filing fees pursuant to 28 U.S.C. § 1915(b). It appears, however, that Plaintiff has now paid the full $105 filing fee for his appeal, that he has not applied for (and does not intend to apply for) leave to proceed in forma pauperis on appeal, and that the issues that caused this matter to be remanded to the district court have become moot.

It is therefore ordered that:

The Clerk of Court shall return the file in this case to the Court of Appeals, together with a copy of this Order.

Dated: July 26, 2001

ANN D. MONTGOMERY
United States District Court Judge

JUL 27 2001

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____